## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

<u>Edward Fish and</u>
<u>Tyler Libby</u>

    v.                                    Civil No. 1:07-cv-262-PB

<u>Quixtar, Inc.</u>

**ORDER OF RECUSAL**

I hereby recuse myself from this case.

**SO ORDERED.**

                                            /s/ James R. Muirhead
                                            James R. Muirhead
                                            United States Magistrate Judge

Date: September 5, 2007

cc:  Frank P. Spinella, Jr., Esq.
     Ralph F. Holmes, Esq.