UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Edward Fish, et al.</u>

    v.                    Civil No. 07-cv-00262-JL

<u>Quixtar, Inc.</u>


### **O R D E R**

This case was stayed by Judge Barbadoro's November 30, 2007 order at the request of the parties.  Accordingly, the motion for preliminary injunction (doc. #13) is DENIED without prejudice.  The motion for preliminary injunction may be reinstated at any time after the stay is lifted by the filing of a Notice of Reinstatement.  (A new motion need not be filed.)


**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge


Dated:  August 6, 2008

cc:  Frank P. Spinella, Jr., Esq.
     Ralph F. Holmes, Esq.